FILED

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE ALONZO ARRELLANO

**WAIVER OF INDICTMENT**

CASE NUMBER: CR F 04-5258 OWW

I, JOSE ALONZO ARRELLANO, the above named defendant, who is accused of Conspiracy to Possess One Hundred (100) or More Marijuana Plants, in violation of Title 21, United States Code, §§ 846 and 841(a)(1), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on June 7, 2005, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JOSE ALONZO ARRELLANO
*Defendant*

CAROLYN C. McCREARY
*Counsel for Defendant*

Before

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE