UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | 1:04-CR-5258 OWW |
| Plaintiff,    ) | |
| vs.                                )  | |
| ) | ORDER FOR RETURN OF |
| JOSE A. ARELLANO,                  ) | NOTE AND DEED OF TRUST |
| ) | |
| Defendants.   ) | |
| _____) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Note and Deed of Trust posted in this matter be returned to the surety.

Deed No.:     04-2427469

Receipt No.:  100-200347


Dated: January 28, 2008          /s/ OLIVER W. WANGER

                                                     United States District Judge